Federal Defenders
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

July 13, 2026

*Via CM/ECF*
Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *United States v. Juan Gustavo Solorzano Imeri*,
26 Cr. 93 (JGK)

Dear Judge Koeltl,

I write to respectfully request a one-day extension of the parties' respective sentencing submission deadlines in the above-captioned case. The Government, by AUSA Jonathan Bodansky, does not object.

Sentencing is scheduled for July 27, 2026, at 3:00p.m. The defense's submission is due today and the Government's submission is due on July 20, 2026. I require an additional day to complete my sentencing submission, including translating letters of support on Mr. Solorzano Imeri's behalf. I therefore request that the Court extend my submission deadline to July 14, 2026, and grant the Government a commensurate one-day extension to July 21, 2026. I thank the Court for considering this unopposed application.

Respectfully Submitted,

Andrew J. Dalack
Assistant Federal Defender
646-315-1527

Cc: AUSA Jonathan Bodansky

**APPLICATION GRANTED**
**SO ORDERED**

John G. Koeltl, U.S.D.J.

7/13/26